EARL L. WILLIAMS, III, PETITIONER-RESPONDENT, v. E. L. WILLIAMS, JR., RESPONDENT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

See same case below: 91 *N. J. Super.* 273.

*Messrs. Fornabai & Hogger* for the petitioner.

*Mr. Thomas E. Durkin, Jr.* and *Mr. William J. Gearty* for the respondent.

July 1, 1966. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GEORGE LEEDS, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

*Mr. John A. Miller* and *Mr. Morgan E. Thomas* for the petitioners.

*Mr. Evan William Jahos* and *Mr. Ernest M. Curtis* for the respondent.

July 1, 1966. Denied.

MARIA C. J. VELING, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. BOROUGH OF RAMSEY, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Losche & Losche* for the petitioners.

*Mr. Robert A. McLarty* for the respondents.

July 1, 1966. Denied.